United States District Court
Southern District of Texas
**ENTERED**
April 24, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 2:17-CR-54-2 |
| | § | |
| DAYANA SABINA-VEGA | § | |

## ORDER GRANTING MOTION FOR CONTINUANCE

Pending is defendant DAYANA SABINA-VEGA's motion for continuance. (D.E. 50). United States District Judge Nelva Gonzales Ramos referred the motion to the undersigned magistrate judge for disposition. The Government is unopposed to the motion. The defendant moves for a continuance because defense counsel needs additional time to investigate and prepare for trial. A superseding indictment was recently issued expanding the scope of the alleged human trafficking conspiracy by several months. Further, it appears an additional defendant was named in the conspiracy.

The Court has considered the Unopposed Motion for Continuance of the Pretrial Conference and Trial of defendant, DAYANA SABINA-VEGA, and finds that this motion should be **GRANTED**. Taking into account the exercise of due diligence, failure to grant the continuance would deny counsel for the defendant reasonable time necessary for effective preparation.

Accordingly, the Court GRANTS the motion for continuance and further finds pursuant to 18 U.S.C. § 3161(h)(7)(A) the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

It is further ORDERED that this case is set for a final pretrial conference on **June 1, 2017 at 9:00 a.m.** and jury selection and trial is set on **June 5, 2017 at 9:00 a.m.** Based on defense counsel's announcement that the case will be tried before a jury, both settings are before United States District Judge Nelva Gonzales Ramos. Should the defendant decide to plead guilty, defense counsel is instructed to contact the undersigned's case manager if the defendant consents to proceed before the undersigned for purposes of a re-arraignment proceeding.

ORDERED this 24th day of April, 2017.

Jason B. Libby
United States Magistrate Judge